PROB 12B
(7/93)

Report Date: February 5, 2007

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 07 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Thomas Nicholas Limpert    Case Number: 2:03CR00185-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, U.S. District Judge

Date of Original Sentence: 2/26/2004    Type of Supervision: Supervised Release

Original Offense: Transportation of Stolen Firearms, 18 U.S.C. § 922(I), Receipt, Possession, and Disposition of Stolen Firearms, 18 U.S.C. § 922 (j)    Date Supervision Commenced: 2/2/2007

Original Sentence: Prison - 63 Months; TSR - 36 Months    Date Supervision Expires: 2/1/2010

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

16    You shall abstain from the use of illegal controlled substances and alcohol, and shall submit to urinalysis testing, including breathalyzer testing,, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

### CAUSE

The purpose of this petition is to apprise the Court of the status of the aforementioned case, in light of the Ninth Circuit Court of Appeals' finding in United States v. Stevens (9th Cir. 2005), and to request that the conditions of supervision be modified to authorize a maximum of six random drug tests per month.

Thomas Limpert was asked whether he would waive his right to a hearing and agree to the modifications as previously described. As indicated by the enclosed Waiver of Hearing to Modify Conditions of Supervised Release form, Mr. Limpert has agreed to the proposed modifications.

Respectfully submitted,

by [signature]

Tommy Rosser
U.S. Probation Officer
Date: February 5, 2007

Prob 12B
**Re: Limpert, Thomas Nicholas**
**February 5, 2007**
**Page 2**

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_Fred Van Sickle_
Signature of Judicial Officer

_February 6, 2007_
Date

✱PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

16   You shall abstain from the use of illegal controlled substances and alcohol, and shall submit to urinalysis testing, including breathalyzer testing,, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Witness: _____                Signed: _____
            Tommy Rosser                                        Thomas Nicholas Lampert
        U.S. Probation Officer                              Probationer or Supervised Releasee

                        2-6-07
                        Date